IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN K. FIELDS and CHRISTINA FIELDS, h/w | : | CIVIL ACTION |
| v. | : | |
| CLAUDE ANTHONY LEBERT AND LEEGO TRUCKING, INC. | : | NO. 24-447 |

**O R D E R**

AND NOW, this 19th day of August 2025, upon consideration of Defendant's Motion for Partial Summary Judgment (Doc. 28), Plaintiff's response (Doc. 29), and the attachments to each, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion for Partial Summary Judgment is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.